IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGELA AGBONGIAGUE § § §<br>Plaintiff, | |
| V. § § § | CAUSE NO. 4:13-CV-172 |
| UNITED AIRLINES, FORMERLY § § § §<br>CONTINENTAL AIRLINES, INC., AS<br>AGENT FOR SERVICE OF RSR<br>Defendant | JURY DEMAND |

### ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this _____ day of _____ 2013, came on for consideration Plaintiff's Motion to Dismiss with Prejudice all Defendants and the Court, after having reviewed said motion, was of the opinion that same was well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the above-entitled and numbered cause is in all things dismissed with prejudice with each party to bear their own costs of court.

SIGNED this _21st_ day of _June_, 2013.

_____
JUDGE PRESIDING

AGREED AS TO FORM:

ROY W. SMITH, P.C.

*/s/ Roy W. Smith*

Roy W. Smith
State Bar No. 1881500
2206 Dowling, Suite 100
Houston, Texas 77003
713-759-9266 – Telephone
713-759-9412 – Fax
ATTORNEYS FOR PLAINTIFF